ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
Senior Assistant Attorney General
YOUNGWOO JOH #164105
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
        Youngwoo.Joh@doj.state.or.us

Attorneys for Defendants Patrick Allen, Kate Brown, Ellen Rosenblum, Nicole Krishnaswami, and Mike Schmidt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NICHOLAS GIDEONSE, M.D., <br><br> Plaintiff, <br><br> v. <br><br> KATE BROWN, in her official capacity as Governor of Oregon; ELLEN ROSENBLUM, in her official capacity as Attorney General of Oregon; PATRICK ALLEN, in his official capacity as Director of the Oregon Health Authority; NICOLE KRISHNASWAMI, in her official capacity as Executive Director of the Oregon Medical Board, MIKE SCHMIDT, in his official capacity of Multnomah County District Attorney, <br><br> Defendants. | Case No.  3:21-cv-01568-AC <br><br> DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME |

**CERTIFICATE OF CONFERRAL**

Pursuant to L.R. 7-1, the undersigned counsel for above-listed State Defendants conferred with counsel for Plaintiff before filing this motion.  Plaintiff does not object to the requested

Page 1 -    DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
        CAS/mm8/251898228
                            Department of Justice
                            100 SW Market Street
                            Portland, OR 97201
                            (971) 673-1880 / Fax: (971) 673-5000

30-day motion for extension of time.

## MOTION

The current deadline for the response to the Complaint in this case is **December 27, 2021**. Due to the holidays and vacation schedules of Defendants and their counsel, Defendants move this Court for an order granting an extension of time, up to and including **January 26, 2022**, within which Defendants must file their responsive pleading. This is Defendants' first request for an extension of this deadline.

DATED December  21 , 2021.

                                                Respectfully submitted,

                                                ELLEN F. ROSENBLUM
                                                Attorney General


                                                 *s/ Carla A. Scott*
                                                CARLA A. SCOTT #054725
                                                Senior Assistant Attorney General
                                                YOUNGWOO JOH #164105
                                                Assistant Attorney General
                                                Trial Attorneys
                                                Tel (971) 673-1880
                                                Fax (971) 673-5000
                                                Carla.A.Scott@doj.state.or.us
                                                Youngwoo.Joh@doj.state.or.us
                                                Of Attorneys for Defendants

Page 2 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
        CAS/mm8/251898228
                                Department of Justice
                                100 SW Market Street
                                Portland, OR 97201
                            (971) 673-1880 / Fax: (971) 673-5000