**Darin M. Sands, OSB No. 106624**
dsands@bradleybernsteinllp.com
**BRADLEY BERNSTEIN SANDS LLP**
1425 SW 20th Ave., Suite 201
Portland, Oregon 97201
Telephone: 503.734.2480

**Peter D. Hawkes, OSB No. 071986**
peter@angelilaw.com
**ANGELI LAW GROUP LLC**
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: 971.420.0220

*Cooperating attorneys on behalf of Compassion & Choices*

**Kevin Díaz**, OSB No. 970480
kdiaz@compassionandchoices.org
**Amitai Heller**, La. Bar No. 36495
*Admitted Pro Hac Vice*
aheller@compassionandchoices.org
**COMPASSION & CHOICES**
101 SW Madison Street, Unit 8009
Portland, Oregon 97207
Telephone: 503.943.6532

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NICHOLAS GIDEONSE, M.D.,**<br><br>                     Plaintiff,<br><br>v.<br><br>**KATE BROWN**, in her official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **PATRICK ALLEN**, in his official capacity as Director of the Oregon Health Authority; **NICOLE KRISHNASWAMI**, in her official capacity as Executive Director of the | Case No. 3:21-cv-1568<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |

PAGE 1 -   PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Oregon Medical Board, **MIKE SCHMIDT**, in his official capacity of Multnomah County District Attorney,

                         Defendants.

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Nicholas Gideonse, M.D., by and through undersigned counsel, hereby dismisses Kate Brown, in her official capacity as Governor of Oregon, and Ellen Rosenblum, in her official capacity as Attorney General of Oregon, from the above action without prejudice. Defendants have not previously served an answer or a motion for summary judgment.

DATED: March 28, 2022.

                                                                     Darin M. Sands, OSB No. 106624
dsands@bradleybernsteinllp.com
**BRADLEY BERNSTEIN SANDS LLP**
1425 SW 20th Ave., Suite 201
Portland, Oregon 97201
Telephone: 503.734.2480

Peter D. Hawkes, OSB No. 071986
peter@angelilaw.com
**ANGELI LAW GROUP LLC**
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: 971.420.0220

*Cooperating attorneys on behalf of Compassion & Choices*

Kevin Díaz, OSB No. 970480
kdiaz@compassionandchoices.org
Amitai Heller, La. Bar No. 36495
*Admitted Pro Hac Vice*
aheller@compassionandchoices.org
**COMPASSION & CHOICES**
101 SW Madison Street, Unit 8009
Portland, Oregon 97207
Telephone: 503.943.6532

*Attorneys for Plaintiff*

PAGE 2 -   PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL